IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEONARD D. BRONK,

    Appellant,

v.

JOHN M. CIRILLI, Trustee,

    Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-53-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered denying the appeal and transmitting the bankruptcy court record to case number 11-cv-172-wmc and to the Seventh Circuit.

_____       1/28/13
Peter Oppeneer, Clerk of Court      Date